18-20719

Feb. 17, 2021

Dear Clerk of Court,

Mr. Santos, Petitioner, is respectfully asking the Court for a 15-day extension due to the mailing process at FCI Elkton. Inmates are not receiving personal or legal mail in a timely manner. Petitioner cannot respond in the amount of time allowed. An extension of an extra 15 days, not alone, the Petitioner needs access to the limited law library usage due to the coronavirus pandemic and educational facilities being closed.

Respectfully,

De'Vitri Santos

Devitri Santos #57032-039

NAME Devitri Santos
REG.# 57032-039
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

F I L E D
MAR - 1 2021
CLERK'S OFFICE
DETROIT

CLEVELAND OH 440
18 FEB 2021 PM 1 L

2/18/21

United States District Court
Office of the Clerk
231 West Lafayette Blvd - Room 564
Detroit, Michigan

RECEIVED
MAR - 1 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

48226-271839