FILED
Jun 23, 2022
DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 21-1842

DEVITRI DESHAUNE SANTOS,

    Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,

    Respondent-Appellee.

Before: READLER, Circuit Judge.

**JUDGMENT**

    THIS MATTER came before the court upon the application by Devitri Deshaune Santos, for a certificate of appealability.

    UPON FULL REVIEW of the record and any submissions by the parties,

    IT IS ORDERED that the application for a certificate of appealability is DENIED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk